UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEFFREY KARTTUNEN,

       Plaintiff,

                                      Case No. 06-13388

v.

                                        Hon. John Corbett O'Meara

DAVID CLARK,

       Defendant.

_____/

## ORDER OF PARTIAL DISMISSAL

On July 26, 2006, Plaintiff filed a two-count complaint alleging assault and battery

(Count I) and violations of 42 U.S.C. § 1983 (Count II).  Plaintiff does not allege that diversity

jurisdiction exists.  Although Plaintiff's § 1983 claim is cognizable in this court pursuant to 28

U.S.C. § 1331, Plaintiff's assault and battery claim is based on state law.  Pursuant to 28 U.S.C.

§ 1367(c), a district court may decline to exercise supplemental jurisdiction over state law claims

raised in federal question cases.  See United Mine Workers v. Gibbs, 383 U.S. 715 (1966);

Padilla v. City of Saginaw, 867 F. Supp. 1309 (E.D. Mich. 1994).  This court declines to exercise

supplemental jurisdiction over Plaintiff's state law claim.

IT IS HEREBY ORDERED that Count I of Plaintiff's complaint is DISMISSED.


                                     s/John Corbett O'Meara
                                     United States District Judge


Dated:  August 10, 2006

Certificate of Service

I hereby certify that a copy of this Order was served upon the attorneys and/or parties of record by electronic means or U. S. Mail on August 10, 2006.

s/William J. Barkholz
Courtroom Deputy Clerk