UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEFFREY KARTTUNEN,

    Plaintiff,

Case No. 06-13388

v.

Hon. John Corbett O'Meara

DAVID CLARK,

    Defendant.

_____/

### ORDER DENYING MOTIONS IN LIMINE WITHOUT PREJUDICE

Before the court are the following motions in limine: Plaintiff's motion to exclude Plaintiff's post-arrest statements, filed on May 15, 2008; Plaintiff's motion to preclude evidence regarding Plaintiff's alcohol use, alcoholism, or substance abuse, filed on May 15, 2008; Plaintiff's motion to preclude evidence on Plaintiff's criminal history, filed on May 15, 2008; Defendant's motion to preclude admission of or reference to state district court dismissal of charges, filed on May 30, 2008; Plaintiff's motion to preclude admission of Plaintiff's presentence report, filed on June 03, 2008; and Plaintiff's motion to preclude evidence of civil and/or criminal lawsuits/records involving Plaintiff, filed on June 03, 2008. Trial in this matter is scheduled to begin on June 10, 2008. The court will DENY WITHOUT PREJUDICE the motions in limine, in order to view the issues in the context of the evidence at trial.

    **SO ORDERED.**

    s/John Corbett O'Meara
    United States District Judge

Date: June 6, 2008

I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, June 6, 2008, by electronic and/or ordinary mail.

                                                                       s/William Barkholz
                                                                       Case Manager