UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEFFREY KARTTUNEN,

    Plaintiff,                                                     Case No. 06-13388

v.                                                           Honorable John Corbett O'Meara

DAVID CLARK,

    Defendant.
_____/

## **ORDER**

On June 12, 2008 the court issued an order granting summary judgment to Defendant David Clark. As a courtesy to counsel, the court notified the parties of its decision by telephone so counsel could be on notice that they would not have to prepare for a trial in this matter. Plaintiff's counsel, Christopher Trainor, reacted to the notice with abusive language and a response that called into question the integrity of the court.

Pursuant to Administrative Order 08-009,

> An attorney's conduct should be characterized at all times by personal courtesy and professional integrity in the fullest sense of those terms. In fulfilling our duty to represent a client vigorously as attorneys we will be mindful of our obligations to the administration of justice ... in a rational, peaceful and efficient manner.
>
> 1) We will speak and write civilly and respectfully in all communications with the court.
>
> 8) We will act and speak civilly to marshals, clerks, court reporters, secretaries and law clerks with an awareness that they, too, are an integral part of the judicial system.

A.O. 08-009 (E.D. Mich. 2008).

The court finds that counsel has failed to adhere to the principles of civility that are required of attorneys who have the privilege of practicing before this court. Therefore, it is hereby **ORDERED** that Plaintiff's counsel in this matter is **SANCTIONED** in the amount of $1,000, with these funds to be paid to the Clerk of the Court for the Eastern District of Michigan.

**SO ORDERED.**

                                                s/John Corbett O'Meara
                                                United States District Judge

Date: June 19, 2008

I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, June 19, 2008, by electronic and/or ordinary mail.

                                                s/William Barkholz
                                                Case Manager